**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

May 1, 2025

**By ECF**

Hon. James M. Wicks
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

    Re:    *SEC v. Peterman*, 24 Civ. 8475 (JMW)

Dear Judge Wicks:

    Pursuant to the Court's February 25, 2025 Order, Plaintiff Securities and Exchange Commission ("SEC") and Defendant Ken Peterman ("Peterman") respectfully submit this joint status report to update the Court on the status of the parallel criminal case, *United States v. Peterman*, 24-CR-489 (JMA) (the "criminal case").[1]

    On January 15, 2025, Peterman entered a plea of not guilty to all charges in the criminal case before Magistrate Judge Dunst. On March 24, 2025, Magistrate Judge Dunst recused himself from the criminal case, and Magistrate Judge Shields was assigned. On March 31, 2025, Judge Azrack entered a stipulation substituting new counsel for Peterman in the criminal case.

    On April 14, 2025, Judge Azrack held a status conference in the criminal case. A waiver of speedy trial was executed, and speedy trial time is now excluded through the next court appearance in the criminal case, scheduled for June 18, 2025, at 10:00 am before Judge Azrack.

---

[1] The SEC conferred with Assistant United States Attorney Anthony Bagnuola, counsel for Interested Party United States of America, who consents to this letter.

Hon. James M. Wicks
May 1, 2025
Page 2

                                                      Respectfully submitted,

| /s/  *Travis Hill* | /s/  *Joel M. Cohen* |
|---|---|
| Travis Hill | Joel M. Cohen |
| Counsel for Plaintiff | Counsel for Defendant |
| Securities and Exchange Commission | White & Case LLP |
| (212) 336-9135 | (212) 819-8419 |
| hilltr@sec.gov | joel.cohen@whitecase.com |

cc: All Counsel (via ECF)