

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

DIVISION OF ENFORCEMENT

August 22, 2025

*Via ECF*
Hon. James M. Wicks
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *SEC v. Peterman*, 24-cv-8475 (JMW)

Dear Judge Wicks:

Pursuant to the Court's August 8, 2025 Order, Plaintiff Securities and Exchange Commission ("SEC") and Defendant Ken Peterman ("Peterman") respectfully submit this Joint Status Report to update the Court on the status of the parallel criminal case, *United States v. Peterman*, 24-cr-489 (JMA) (the "Criminal Case").

As noted in the parties' May 1, 2025 Joint Status Report (Dkt. 20), on January 15, 2025, Peterman entered a plea of not guilty to all charges in the Criminal Case. On June 26, 2025, Judge Azrack held a status conference in the Criminal Case. A waiver of speedy trial was executed, and speedy trial time is now excluded through the next court appearance in the Criminal Case, scheduled for October 7, 2025, at 2:00 pm before Judge Azrack.

Respectfully submitted,

*/s/ Paul G. Gizzi*

Paul G. Gizzi
Securities and Exchange Commission

*/s/ Joel M. Cohen*

Joel M. Cohen
Counsel for Defendant

cc:    All Counsel (by ECF)